# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Atrium Payroll Services, LLC | |
| Plaintiff, | DEFAULT JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:20-cv-00178-APG-VCF |
| PA Event and Broadcasting Service, et al. | |
| Defendant. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of plaintiff Atrium Payroll Services, LLC and against defendants PA Event and Broadcasting Services, Production Associates Inc. d/b/a PA Events, and De Tune Company, jointly and severally, in the following amounts: $581,132.26 for the principal amount owing, $30,284.10 for attorneys fees, and $1,830.00 for costs.

| | |
|---|---|
| 3/31/20 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |