# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Atrium Payroll Services, LLC

                Plaintiff,

v.

PA Event and Broadcasting Service, et al.

                Defendant.

JUDGMENT IN A CIVIL CASE Case

for ATTORNEY FEES

Number: 2:20-cv-00178-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of plaintiff Atrium Payroll Services, LLC and against defendants PA Event and Broadcasting Services, Production Associates Inc. d/b/a PA Events, and De Tune Company, jointly and severallyfor attorneys fees, and $1,830.00 for costs.

 

3/31/20
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk